IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

        Plaintiff,                  No. CIV S-10-2676 GGH P

    vs.

DUC, et al.,                          ORDER &

        Defendants.           FINDINGS AND RECOMMENDATIONS

_____/

       By order filed December 14, 2011, the court granted plaintiff twenty-eight days to file an amended complaint. In the December 14th order, the court informed plaintiff of the deficiencies in his complaint. On January 11, 2011, plaintiff was granted a forty-five day extension of time to file his amended complaint. The forty-five day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

       IT IS HEREBY ORDERED that the Clerk shall assign a district judge to this case.

       For the reasons given in the December 14, 2011, order, IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within

1

1  fourteen (14) days after being served with these findings and recommendations, plaintiff may file
2  written objections with the court.  The document should be captioned "Objections to Magistrate
3  Judge's Findings and Recommendations."   Any response to the objections shall be filed and
4  served within fourteen days after service of the objections.  Plaintiff is advised that failure to file
5  objections within the specified time may waive the right to appeal the District Court's order.
6  DATED: March 21, 2011

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

chap2676.fta