IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

        Plaintiff,                        No. CIV S-10-2676 KJM GGH P

    vs.

DUC, et al.,

        Defendants.              <u>ORDER</u>

                                /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On July 19, 2011, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations, apparently using the services of another inmate.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 19, 2011, are adopted in full; and

2. All defendants and claims in this action, except for the claim against defendant Strohmaier involving the handcuffs and being placed in a small holding cell, are dismissed.

DATED: January 5, 2012.

_____  
UNITED STATES DISTRICT JUDGE

/chap2676.804(3)