1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9    REX CHAPPELL,

10              Plaintiff,                    No. CIV S-10-2676 KJM GGH P

11        vs.

12   DUC, et al.,

13              Defendants.                   <u>ORDER</u>

14   _____/

15              Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this action

16   seeking relief pursuant to 42 U.S.C. § 1983.

17              On January 20, 2012, the court ordered the United States Marshal to serve process

18   upon the defendant in this case.  The Marshal was directed to attempt to secure a waiver of

19   service before attempting personal service on defendant.  If a waiver of service was not returned

20   within sixty days, the Marshal was directed to effect personal service on the defendant in

21   accordance with the provisions of Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C.

22   § 566(c), without prepayment of costs, and to file the return of service with evidence of any

23   attempt to secure a waiver of service and with evidence of all costs subsequently incurred in

24   effecting personal service.

25              On April 27, 2012, the United States Marshal filed a return of service with a

26   USM-285 form showing total charges of $135.50 for effecting personal service on defendant

1   Strohmaier.  The form shows that a waiver of service form was mailed to the defendant on

2   January 23, 2012, and that no response was received.

3            Rule 4(d) of the Federal Rules of Civil Procedure provides, in pertinent part, as

4   follows:

5            An individual, corporation, or association that is subject to service
             under Rule 4(e), (f), or (h) has a duty to avoid unnecessary
6            expenses of serving the summons. . . .

7            If a defendant located within the United States fails, without good
             cause, to sign and return a waiver requested by a plaintiff located
8            within the United States, the court must impose on the defendant:
             (A)  the expenses later incurred in making service; and
9            (B)  the reasonable expenses, including attorney's fees, of any
             motion required to collect those service expenses.
10

11   Fed. R. Civ. P. 4(d)(1), (2)(A), (B).

12            The court finds that defendant Strohmaier was given the opportunity required by

13   Rule 4(d) to waive service and has failed to comply with the request.

14            Accordingly, IT IS HEREBY ORDERED that:

15            1.  Within fourteen days from the date of this order defendant Strohmaier shall

16   pay to the United States Marshal the sum of $135.50, unless within that time defendant files a

17   written statement showing good cause for his failure to waive service.  The court does not intend

18   to extend this fourteen day period.

19            2.  The Clerk of the Court is directed to serve a copy of this order on the U.S.

20   Marshal.

21   DATED: May 3, 2012

22                                    /s/ Gregory G. Hollows
                             UNITED STATES MAGISTRATE JUDGE
23

     GGH:mp
24   chap2676.taxcost

25

26

2